Same case below, 340 Fed. Appx. 515.

**No. 09-773. Steven Lerman, et al., Petitioners v. City of Fort Lauderdale, Florida.**

559 U.S. 940, 130 S. Ct. 1543, 176 L. Ed. 2d 116, 2010 U.S. LEXIS 1465.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 346 Fed. Appx. 500.

**No. 09-780. Kenneth M. Pedeleose, Petitioner v. Department of Defense.**

559 U.S. 940, 130 S. Ct. 1544, 176 L. Ed. 2d 116, 2010 U.S. LEXIS 1142.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 343 Fed. Appx. 605.

**No. 09-789. Unisys Corporation, Petitioner v. Harley J. Adair, et al.**

559 U.S. 940, 130 S. Ct. 1546, 176 L. Ed. 2d 116, 2010 U.S. LEXIS 1208.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 579 F.3d 220.

**No. 09-801. David L. Wescott, Petitioner v. United States.**

559 U.S. 940, 130 S. Ct. 1546, 176 L. Ed. 2d 116, 2010 U.S. LEXIS 1307.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 576 F.3d 347.

**No. 09-802. Martin Nitschke, Petitioner v. Commissioner of Internal Revenue.**

559 U.S. 940, 130 S. Ct. 1546, 176 L. Ed. 2d 116, 2010 U.S. LEXIS 1376.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 332 Fed. Appx. 173.

**No. 09-811. Kenneth Ray Hyatt, Petitioner v. United States.**

559 U.S. 940, 130 S. Ct. 1546, 176 L. Ed. 2d 116, 2010 U.S. LEXIS 1209.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 823.

**No. 09-832. Oscar L. Thomas, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs, et al.**

559 U.S. 940, 130 S. Ct. 1561, 176 L. Ed. 2d 116, 2010 U.S. LEXIS 1392.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 09-844. Brent E. Wood, Petitioner v. United States.**

559 U.S. 941, 130 S. Ct. 1562, 176 L. Ed. 2d 116, 2010 U.S. LEXIS 1125.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 340 Fed. Appx. 910.